**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **ERNEST C., III AND MELISSA ANN WELLER,** | **Bankruptcy No. 17-15800 REF** |
| **Debtors** | |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Response to Motion for Relief from Automatic Stay filed by Santander Consumer USA Inc. was served upon the addresses listed below by way of electronic means on January 26, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM EDWARD CRAIG on behalf of Creditor Nissan Motor Acceptance Corporation - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com; mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com; mortoncraigecf@gmail.com

KEVIN G. MCDONALD on behalf of Creditor FREEDOM MORTGAGE CORPORATION - KMcDonald@blankrome.com

REBECCA ANN SOLARZ on behalf of Creditor FREEDOM MORTGAGE CORPORATION - bkgroup@kmllawgroup.com

                                  **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    *s/Alyssa J. Merkey*
                          1100 Berkshire Blvd., Suite 301
                          Wyomissing, PA  19610
                          610-779-0772