**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **ERNEST C., III AND MELISSA ANN WELLER,** | **Bankruptcy No. 17-15800 REF** |
| Debtors | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw the Certificate of No Response to Response to Motion for Relief from Stay filed by Santander Consumer USA Inc., which was filed on January 29, 2018, Docket No. 28. The filing was docketed in error.

Date: January 29, 2018

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/George M. Lutz, Esquire*

Attorney I.D. No.: 46437
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610
610-779-0772