IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ERNEST C. WELLER, III ) | |
|     MELISSA ANN WELLER ) | CHAPTER 13 |
|     **Debtor(s)** ) | |
| ) | |
| NISSAN MOTOR ACCEPTANCE ) | CASE NO. 17-15800-REF |
| CORPORATION ) | |
|     **Moving Party** ) | |
| ) | 11 U.S.C. 362 |
|     v. ) | |
| ) | |
| ERNEST C. WELLER, III ) | HEARING DATE: **1-4-18 at 9:30 AM** |
| MELISSA ANN WELLER ) | |
|     **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
|     **Trustee** ) | |
| ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Nissan Motor Acceptance Corporation and the Debtors in settlement of the Motion For Stay Relief, and filed on or about February 2, 2018, in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: February 5, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE