**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **ERNEST C., III AND MELISSA ANN WELLER,** <br><br> Debtors | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 17-15800 REF** |

## CERTIFICATE OF SERVICE

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Amended Chapter 13 Plan was served upon the addresses listed below by way of electronic means on February 13, 2018 and/or via first class mail on February 15, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM EDWARD CRAIG on behalf of Creditor Nissan Motor Acceptance Corporation - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigcf@gmail.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigcf@gmail.com

KEVIN G. MCDONALD on behalf of Creditor FREEDOM MORTGAGE CORPORATION
KMcDonald@blankrome.com

REBECCA ANN SOLARZ on behalf of Creditor FREEDOM MORTGAGE CORPORATION -
bkgroup@kmllawgroup.com

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

BB&T
PO BOX 1847
WILSON, NC 27894

Ernest C., III and Melissa A. Weller
1013 Shiloh Street
Reading, PA  19605

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

                  By:    *s/Alyssa J. Merkey*
                          1100 Berkshire Blvd., Suite 301
                          Wyomissing, PA  19610
                          610-779-0772