**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **ERNEST C., III AND MELISSA ANN WELLER ,** | **Bankruptcy No. 17-15800 REF** |
| Debtor | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly withdraw the Debtors' Response to Motion for Relief from Stay filed by Santander Consumer USA Inc., on January 26, 2018, Docket Number 26.

Date: March 12, 2018

                                           **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    *s/George M. Lutz, Esquire*

                            Attorney I.D. No.: 46437
                            1100 Berkshire Blvd., Suite 301
                            Wyomissing, PA  19610
                            610-779-0772