IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ERNEST C. WELLER, III<br>MELISSA ANN WELLER<br>**Debtor(s)** | CHAPTER 13 |
| | CASE NO. 17-15800-REF |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | 11 U.S.C. 362 |
| v. | |
| | HEARING DATE: **2-15-18 at 9:30 AM** |
| ERNEST C. WELLER, III<br>MELISSA ANN WELLER<br>**Respondent(s)** | |
| FREDERICK L. REIGLE<br>**Trustee** | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Chevrolet Traverse** bearing vehicle identification number 1GNKVHKD6GJ347319 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

**Date: March 23, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE