United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ernest C. Weller, III  
Melissa Ann Weller  
    Debtors

Case No. 17-15800-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Mar 23, 2018  
                          Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
```
db/jdb         +Ernest C. Weller, III,    Melissa Ann Weller,    1013 Shilo Street,    Reading, PA 19605-3284
cr              First Associates Loan Servicing, LLC,    as agent for Loan Depot, LLC,    P.O. Box 503430,
                  San Diego, CA  92150-3430
cr             +Nissan Motor Acceptance Corporation,    PO BOX 660336,    Dallas, TX 75266-0336
cr             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:14      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Melissa Ann Weller glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Debtor Ernest C. Weller, III glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ERNEST C. WELLER, III <br> MELISSA ANN WELLER <br> **Debtor(s)** | CHAPTER 13 <br><br> CASE NO. 17-15800-REF |
| SANTANDER CONSUMER USA INC. <br> **Moving Party** <br> v. | 11 U.S.C. 362 <br><br> HEARING DATE: **2-15-18 at 9:30 AM** |
| ERNEST C. WELLER, III <br> MELISSA ANN WELLER <br> **Respondent(s)** | |
| FREDERICK L. REIGLE <br> **Trustee** | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Chevrolet Traverse** bearing vehicle identification number 1GNKVHKD6GJ347319 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

**Date: March 23, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE