**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| In re: | **Chapter 13 Bankruptcy** |
| **ERNEST C., III AND MELISSA ANN WELLER,** | **Bankruptcy No. 17-15800 REF** |
| Debtors | |

**CERTIFICATE OF SERVICE**

  I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtors' Motion to Strike Certification of Default of Freedom Mortgage were served upon the addresses listed below by way of electronic means on May 12, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM EDWARD CRAIG on behalf of Creditor Nissan Motor Acceptance Corporation - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com; mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com; mortoncraigecf@gmail.com

KEVIN G. MCDONALD on behalf of Creditor FREEDOM MORTGAGE CORPORATION - KMcDonald@blankrome.com

REBECCA ANN SOLARZ on behalf of Creditor FREEDOM MORTGAGE CORPORATION - bkgroup@kmllawgroup.com

             **Hartman, Valeriano, Magovern & Lutz, P.C.**

     By:  *s/Alyssa J. Merkey*
         1100 Berkshire Blvd., Suite 301
         Wyomissing, PA  19610
         610-779-0772