United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ernest C. Weller, III
Melissa Ann Weller
    Debtors

Case No. 17-15800-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Jun 05, 2018
    Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
db/jdb    +Ernest C. Weller, III,  Melissa Ann Weller,  1013 Shilo Street,  Reading, PA 19605-3284
cr    First Associates Loan Servicing, LLC,  as agent for Loan Depot, LLC,  P.O. Box 503430,  San Diego, CA 92150-3430
cr    +Nissan Motor Acceptance Corporation,  PO BOX 660336,  Dallas, TX 75266-0336
cr    +Santander Consumer USA Inc.,  P.O. Box 961245,  Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr    +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 02:32:08    Synchrony Bank,  c/o PRA Receivables Management, LLC,  PO Box 41021,  Norfolk, VA 23541-1021
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    GEORGE M. LUTZ    on behalf of Joint Debtor Melissa Ann Weller glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
    GEORGE M. LUTZ    on behalf of Debtor Ernest C. Weller, III glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
    KEVIN G. MCDONALD    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
    LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    REBECCA ANN SOLARZ    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM EDWARD CRAIG    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
    WILLIAM EDWARD CRAIG    on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
    TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melissa Ann Weller<br>Ernest C. Weller III<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>　　　　　　　Movant<br>vs.<br>Melissa Ann Weller<br>Ernest C. Weller III<br>　　　　　　　Debtor(s) | NO. 17-15800 REF<br><br>11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>　　　　　　　Trustee | |

## STIPULATION TO RESOLVE CERTIFICATION OF DEFAULT FILED ON MAY 9, 2018

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$8,257.16,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | February 2018 through May 2018 at $1,989.29 |
| Fees & Costs Relating to Notice of Default and Certification of Default: | $300.00 |
| **Total Post-Petition Arrears** | **$8,257.16** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, Debtor(s) shall tender a payment of **$8,257.16** to:

> Freedom Mortgage Corporation
> 10500 Kincaid Drive
> Fishers, IN 46037

b). Maintenance of current monthly mortgage payments to the Movant thereafter sent to the address:

> Freedom Mortgage Corporation
> 10500 Kincaid Drive
> Fishers, IN 46037

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. This stipulation supersedes the stipulation approved on January 26, 2018, Document 27.

6. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

7. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

8. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

9. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date:   May 24, 2018                           By:   /s/Rebecca A. Solarz
                                                     Rebecca A. Solarz, Esquire
                                                     Attorney for Movant

                                               George M. Lutz, Esquire
                                               Digitally signed by George M. Lutz, Esquire
                                               DN: cn=George M. Lutz, Esquire, o,
                                               ou=Hartman, Valeriano, Magovern & Lutz,
                                               P.C., email=glutz@hvmllaw.com, c=US
                                               Date: 2018.06.03 08:36:54 -04'00'
Date:_____
                                                     George M. Lutz
                                                     Attorney for Debtor(s)

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

**Date: June 5, 2018**

                                                     _____
                                                     Bankruptcy Judge
                                                     Richard E. Fehling