2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on October 11, 2018 at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Berks County, Pennsylvania.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one has filed an answer.

**Dated:  September 14, 2018**