**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **ERNEST C., III AND MELISSA ANN WELLER,**  Debtors | **Chapter 13 Bankruptcy**  **Bankruptcy No. 17-15800 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtors' Motion to Strike Certification of Default of Freedom Mortgage Corporation were served upon the addresses listed below by way of electronic means on September 14, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM EDWARD CRAIG on behalf of Creditor Nissan Motor Acceptance Corporation - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com; mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com; mortoncraigecf@gmail.com

KEVIN G. MCDONALD on behalf of Creditor FREEDOM MORTGAGE CORPORATION -
KMcDonald@blankrome.com

REBECCA ANN SOLARZ on behalf of Creditor FREEDOM MORTGAGE CORPORATION -
bkgroup@kmllawgroup.com

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
          1100 Berkshire Blvd., Suite 301
          Wyomissing, PA  19610
          610-779-0772