United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-15800-ref
Ernest C. Weller, III                                                    Chapter 13
Melissa Ann Weller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 1           Date Rcvd: Dec 11, 2018
                            Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db/jdb         +Ernest C. Weller, III,   Melissa Ann Weller,   1013 Shilo Street,   Reading, PA 19605-3284
cr             +Collins Asset Group, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr              First Associates Loan Servicing, LLC,   as agent for Loan Depot, LLC,   P.O. Box 503430,
                 San Diego, CA 92150-3430
cr             +Nissan Motor Acceptance Corporation,   PO BOX 660336,   Dallas, TX 75266-0336
cr             +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Dec 12 2018 03:06:11      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 03:10:19      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
              GEORGE M. LUTZ    on behalf of Joint Debtor Melissa Ann Weller glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Debtor Ernest C. Weller, III glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melissa Ann Weller<br>Ernest C. Weller III<br>      Debtors | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>      Movant<br>vs.<br>Melissa Ann Weller<br>Ernest C. Weller III<br>      Debtors<br>William C. Miller Esq.<br>      Trustee | NO. 17-15800 REF<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Certification of Default filed by Movant on September 11, 2018 as Document 55 is hereby resolved and the automatic stay as to 1013 Shilo Street, Reading PA 19605 remains in place.

2. This Stipulation supersedes the prior stipulation approved by this Court on June 5, 2018 as Document 51.

3. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$8,157.16,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | June 2018 through September 2018 at $1,989.29/month |
| Legal Fees: | $200.00 |
| **Total Post-Petition Arrears** | **$8,157.16** |

4. The Debtors shall cure said arrearages in the following manner:

a). Within fourteen (14) days of the filing of this Stipulation, the Debtors shall cure the arrears in full;

b). Maintenance of current monthly mortgage payments to the Movant thereafter beginning on October 1, 2018, in the amount of $1,989.29 per month (subject to payment changes as allowed by the loan documents) sent to:

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037

5. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

6. In the event the payments under Section 4 above are not tendered pursuant to the terms of this stipulation, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

11. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 25, 2018         By: /s/ Rebecca A. Solarz, Esquire
                                 Attorney for Movant

Date: October 5, 2018
                                 George M. Lutz, Esquire
                                 Attorney for Debtors

Date: 12/5/18
                                 William C. Miller, Esquire
                                 Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

**Date: December 10, 2018**
                                 Bankruptcy Judge
                                 Richard E. Fehling