UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                         :

ERNEST C. WELLER, III
MELISSA ANN WELLER
                                                               : Bankruptcy No. 17-15800REF
        Debtor(s)                                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                  BY THE COURT

**Date: March 28, 2019**

                                                                  Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1100 BERKSHIRE BLVD SUITE 301
WYOMISSING PA 19610-

ERNEST C. WELLER, III
MELISSA ANN WELLER
1013 SHILO STREET
READING,PA.19605