United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15800-ref
Ernest C. Weller, III                                                 Chapter 13
Melissa Ann Weller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Lisa                Page 1 of 3              Date Rcvd: Mar 28, 2019
                               Form ID: pdf900           Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
```
db/jdb         +Ernest C. Weller, III,    Melissa Ann Weller,    1013 Shilo Street,    Reading, PA 19605-3284
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Nissan Motor Acceptance Corporation,    PO BOX 660336,    Dallas, TX 75266-0336
13998675        Absolute Resolutions Investments, LLC,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
13974541       +American Express,    Customer Service,    P.O. Box 981537,    El Paso, TX 79998-1537
14029858        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13974543       +Berks Fire and Water,    1145 Commons Boulevard,    Reading, PA 19605-3334
13974544       +Best Egg/SST,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
14030979        CACH, LLC its successors and assigns as assignee,    of Marketplace Loan Trust, Series,
                 2016-LD1,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13974546       +CHASE/BANK ONE CARD SERV,    PO BOX 15298,    WILMINGTON, DE 19850-5298
14119689       +Collins Asset Group, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
13974549       +Doris A. Seiders,    900 Rainbow Avenue,    Reading, PA 19605-1009
13992406       +First Associates Loan Servicing, LLC,    as agent for Loan Depot, LLC,    PO Box 503430,
                 San Diego, CA 92150-3430
13974550       +Freedom Mortgage,    10500 Kincaid Drive,    Fishers, IN 46037-9764
14278644       +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce,    1544 Old Alabama Road,
                 Roswell, GA 30076-2102
14004977       +Freedom Mortgage Corporation,    Bankruptcy Department,    10500 Kincaid Drive,    Suite 300,
                 Fishers, IN 46037-9764
14015454       +Freedom Mortgage Corporation,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14269827       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,    1025 Berkshire Blvd,
                 Suite 700,    Wyomissing, PA 19610-1284
14037199       +Grassy Sprain Group, Inc.,    9858 Clint Moore Road Suite C-11 #217,    Boca Raton, FL 33496-1034
13974554       +LENDING CLUB CORPORATION,    21 STEVENSON SUITE 300,    SAN FRANCISCO, CA 94105-2706
14013930       +Loan Depot, LLC,    26642 Towne Centre Drive,    Foothill Ranch, CA 92610-2808
14034058       +Met Ed,    101 Crawford's Cnr Rd Bldg # 1 Suite 1-,    Holmdel, NJ 07733-1976
13974556      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: NISSAN MOTOR ACCEPTANCE,     8900 FREEPORT PKWY,    IRVING, TX 75063)
13977895        Nissan,    POB 660366,    Dallas, TX  75266-0366
14026256       +Nissan Motor Acceptance Corporation,    c/o Morton & Craig,    110 Marter Avenue,    Suite 301,
                 Moorestown, NJ 08057-3124
13974557       +SANTANDER CONSUMER USA,    P O BOX 961245,    FORT WORTH, TX 76161-0244
14046922       +Santander Consumer USA Inc.,    c/o Morton & Craig,    110 Marter Avenue,    Suite 301,
                 Moorestown, NJ 08057-3124
13974562       +TD BANK USA/TARGET,    PO BOX 673,    Minneapolis, MN 55440-0673
13974564       +TRUMARK FINANCIAL CU,    335 COMMERCE DRIVE,    FORT WASHINGTON, PA 19034-2712
13974563       +Trumark Credit Union,    1000 Northbrook Drive,    Trevose, PA 19053-8430
13974565       +WF CRD SVC,    PO BOX 14517,    DES MOINES, IA 50306-3517
14004872        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2019 02:45:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2019 02:45:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 02:55:52     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13974542        E-mail/Text: bankruptcy@bbandt.com Mar 29 2019 02:44:46      BB&T,    PO BOX 1847,
                 WILSON, NC 27894
13974547        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 02:44:49      COMENITY BANK/AN TLR,
                 P O BOX 182789,    COLUMBUS, OH 43218-2789
14031990       +E-mail/Text: bncmail@w-legal.com Mar 29 2019 02:45:09      COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13974545        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 02:55:53     Capital One,
                 POB 30285,    Salt Lake City, UT 84130-0285
13974548        E-mail/Text: mrdiscen@discover.com Mar 29 2019 02:44:40      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
13980387        E-mail/Text: mrdiscen@discover.com Mar 29 2019 02:44:40      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13974551        E-mail/Text: cio.bncmail@irs.gov Mar 29 2019 02:44:45      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0313-4          User: Lisa                  Page 2 of 3                   Date Rcvd: Mar 28, 2019
                              Form ID: pdf900             Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13974552       +E-mail/Text: BKRMailOPS@weltman.com Mar 29 2019 02:44:47     Kay Jewelers,   375 Ghent Road,
                 Akron, OH 44333-4600
14037466        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2019 02:55:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVI MF Grantor Trust III,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13974553       +E-mail/Text: bk@lendingclub.com Mar 29 2019 02:45:23     Lending Club Corporation,
                 71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
13974555       +E-mail/PDF: pa_dc_claims@navient.com Mar 29 2019 02:54:55     Navient,   P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
14020820        E-mail/PDF: pa_dc_claims@navient.com Mar 29 2019 02:54:55     Navient,
                 c/o Navient Solutions, LLC,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
14010750        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 02:54:56
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13975534       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 02:55:19
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14038097        E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 02:44:51
                 Quantum3 Group LLC as agent for,   Velocity Investments LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
14038380        E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 02:44:51
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13974558       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 02:54:54     SYNCB/GAPDC,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
13974559        E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 02:54:54     SYNCB/SAMS CLUB DUAL CARD,
                 P O BOX 965005,   ORLANDO, FL 32896-5005
13974560       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 02:55:53     SYNCB/TOYSRUS,   PO BOX 965001,
                 ORLANDO, FL 32896-5001
14202470       +E-mail/Text: bncmail@w-legal.com Mar 29 2019 02:45:09     SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
13974561       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 02:54:54     Synchrony Bank/Lowes,
                 P.O. Box 965005,   Orlando, FL 32896-5005
14039584       +E-mail/Text: bncmail@w-legal.com Mar 29 2019 02:45:09     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13987435       +E-mail/Text: dbogucki@trumark.org Mar 29 2019 02:45:29     TruMark Financial Credit Union,
                 335 Commerce Drive,   P.O. Box 8127,   Fort Washington, PA 19034-8127
14013057       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 02:55:35
                 Verizon by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Freedom Mortgage Corporation
cr*            +Collins Asset Group, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*             First Associates Loan Servicing, LLC,   as agent for Loan Depot, LLC,   P.O. Box 503430,
                 San Diego, CA 92150-3430
cr*            +SYNCHRONY BANK,   c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,
                 Seattle, WA 98121-3132
cr*            +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
                                                                                               TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Lisa                 Page 3 of 3                  Date Rcvd: Mar 28, 2019
                              Form ID: pdf900            Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:

```
              GEORGE M. LUTZ    on behalf of Joint Debtor Melissa Ann Weller glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Debtor Ernest C. Weller, III glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ERNEST C. WELLER, III
MELISSA ANN WELLER

                                                        : Bankruptcy No. 17-15800REF
           Debtor(s)                   : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                               BY THE COURT

**Date: March 28, 2019**

                                                            Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1100 BERKSHIRE BLVD SUITE 301
WYOMISSING PA 19610-

ERNEST C. WELLER, III
MELISSA ANN WELLER
1013 SHILO STREET
READING,PA.19605